IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LINDA D. WILLIAMS,

                Plaintiff,

Vs.                                                   No. 06-4027-SAC

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.

MEMORANDUM AND ORDER

The court referred this administrative appeal to the United States Magistrate Judge for report and recommendation. The Magistrate Judge filed a report and recommendation on January 5, 2007, clearly stating the parties' right to file written objections to the recommendation within ten days. Ten days have passed and no written objections have been filed.

The court has reviewed the report and recommendation. Based upon this review and the absence of any filed objections, the court accepts the report and recommendation and adopts it as the ruling of this court, reversing and remanding

this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

    IT IS SO ORDERED.

    Dated this 25th day of January, 2007, Topeka, Kansas.

                                s/ Sam A. Crow
                                Sam A. Crow, U.S. District Senior Judge